UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFF LEROY HARP,

    Plaintiff,

v.

MARK NELSON, et al.,

    Defendants.

CASE NO. C16-5150 BHS-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's motion (Dkt. 8) is stricken from the Court's docket at this time. The Court does not reach the merits of Plaintiff's motion. With respect to Plaintiff's request to produce documents, the Court directs the Clerk to send Plaintiff a copy of his amended complaint (Dkt. 7).

Dated this 24th day May, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER