UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFF LEROY HARP,

        Plaintiff,

v.

MARK NELSON,

        Defendants.

CASE NO. C16-5150 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     This action is **DISMISSED** without prejudice.

Dated this 18th day of August, 2016.

BENJAMIN H. SETTLE
United States District Judge

ORDER